UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23210-CIV-UNGARO

FRANK DUFFY,
    Petitioner,

v.

KENNY ATKINSON,
    Respondent.
_____/

### ORDER ON MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon the Petitioner's *pro se* Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. §§ 2241–43, filed October 22, 2009 (D.E. 1.)  The matter was referred to Magistrate Judge Patrick A. White, who, on July 9, 2010, issued a Report recommending that the Petition be denied. (D.E. 5.)  The parties were afforded the opportunity to respond to the Magistrate Judge's Report; however, no objections were filed.  Accordingly, after conducting a *de novo* review of the record, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 14) is RATIFIED, ADOPTED, AND AFFIRMED.  The Petition for Writ of Habeas Corpus (D.E. 1) is DENIED.

DONE and ORDERED in Chambers, at Miami, Florida this _2d__ day of August, 2010.

                                                          _____
                                                          URSULA UNGARO
                                                          UNITED STATES DISTRICT COURT

copies provided:
Frank Duffy, *pro se*